UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

v.                                    NOTICE OF APPEARANCE
                                      13 Cr. 242 (SAS)

ROBERT HENDERSON,

**Defendant**
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that Mary L. Bejarano, hereby appears on behalf of the above-captioned defendant ROBERT HENDERSON in the above-captioned matter.

Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on counsel.

Dated: Forest Hills, New York
       October 16, 2013

*Mary L. Bejarano*

Mary L. Bejarano
(MLB-8786)

cc:        All Counsel via ECF Filing