UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                     :

UNITED STATES OF AMERICA         :    **ORDER**

                - v. -                    :    13 Cr. 242 (SAS)

ROBERT HENDERSON,                 :

             Defendant.       :
------------------------------------X

WHEREAS, with the consent of defendant ROBERT HENDERSON, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on May 28, 2014;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
          August 18, 2014

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/14