USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/14

*Law Offices of*
*Susan G. Kellman*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

Telephone: (718) 783-8200
Telefax: (718) 783-8226

Fellow, American College
Of Trial Lawyers

e-mail: kellmanesq@aol.com

September 16, 2014

**Via ECF and Regular Mail**
Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: U.S. v. Robert Henderson
13 Cr. 242 (SAS)

Dear Judge Scheindlin:

    Counsel represents the above-referenced defendant, Robert Henderson, pursuant to the Criminal Justice Act.

    Mr. Henderson is scheduled to be sentenced by Your Honor on Wednesday, October 15, 2014. Counsel, however, has just begun a trial before Hon. Paula A. Engelmayer which is expected to last several months. I have forwarded a copy of the PreSentence Report, received earlier today, to Mr. Henderson at the MDC. I will make every effort to review the report with Mr. Henderson as quickly as possible; however, in light of the timing, counsel respectfully requests an adjournment of Mr. Henderson's sentencing until a Friday in December that is convenient to the Court.

    The Court's attention to this matter is appreciated.

Respectfully submitted,

Susan G. Kellman

cc: Jared Lennow, Esq.
    Asst. United States Attorney

    Mary Bejarano, Esq.

    Robert Henderson

---

*Handwritten order:*

The October 15, 2014 sentencing is adjourned and rescheduled for December 12, 2014 at 4:30pm.

SO ORDERED

Shira A. Scheindlin, USDJ
9/19/14